UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDITH MAZZAFERRI,

    Plaintiff,

    v.

PAUL DEN BESTE, et al.,

    Defendants.

_____/

No. C 12-0992 PJH

**ORDER CONTINUING HEARING DATE**

    The court is in receipt of plaintiff's re-notice of motion for remand, filed with the court on April 11, 2012, following the reassignment of this action to the undersigned. Plaintiff seeks remand of this action to state court on grounds that (1) defendants' removal of the underlying complaint is untimely, since the notice of removal was filed well over one year since the last defendant was served with the complaint; (2) federal subject matter jurisdiction does not exist, since the underlying complaint alleges only state common law causes of action (and are unrelated to any bankruptcy filing), and both diversity and federal question jurisdiction are lacking; (3) not all defendants have joined in the removal; and (4) defendants have failed to include a copy of the operative complaint from which federal subject matter jurisdiction can even be ascertained.

    Since May 2, 2012 is not available for a hearing date, the hearing on plaintiff's motion for remand is CONTINUED to **May 23**, **2012** at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California, 94612. Defendant(s) is/are further ORDERED to file and serve any opposition no later than May 2, 2012. Plaintiff shall file and serve any reply to defendants' opposition no later than May 9, 2012.

    Defendant's opposition should address all matters raised in plaintiff's motion, and in

<mark>Case4:12-cv-00992-PJH Document22 Filed04/19/12 Page2 of 2</mark>

particular should show cause why the court should not remand the matter to the Superior Court for the County of San Francisco, for failure to serve a timely notice of removal with operative complaint attached (from which the court could ascertain subject matter jurisdiction), and/or for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge