United States District Court

For the Northern District of California

1

2

3                               UNITED STATES DISTRICT COURT

4                              NORTHERN DISTRICT OF CALIFORNIA

5

6

7    EDITH MAZZAFERRI,

8              Plaintiff,                          No. C 12-0992 PJH

9         v.                                       **ORDER CONTINUING
                                                   HEARING DATE**
10   PAUL DEN BESTE, et al.,

11             Defendants.
     _____/

12

13        The court is in receipt of plaintiff's re-notice of motion for remand, filed with the court

14   on April 11, 2012, following the reassignment of this action to the undersigned.  Plaintiff

15   seeks remand of this action to state court on grounds that (1) defendants' removal of the

16   underlying complaint is untimely, since the notice of removal was filed well over one year

17   since the last defendant was served with the complaint; (2) federal subject matter

18   jurisdiction does not exist, since the underlying complaint alleges only state common law

19   causes of action (and are unrelated to any bankruptcy filing), and both diversity and federal

20   question jurisdiction are lacking; (3) not all defendants have joined in the removal; and (4)

21   defendants have failed to include a copy of the operative complaint from which federal

22   subject matter jurisdiction can even be ascertained.

23        Since May 2, 2012 is not available for a hearing date, the hearing on plaintiff's

24   motion for remand is CONTINUED to **May 23**, **2012** at 9:00 a.m., in Courtroom 3, 3rd Floor,

25   Federal Building, 1301 Clay Street, Oakland, California, 94612.  Defendant(s) is/are further

26   ORDERED to file and serve any opposition no later than May 2, 2012.  Plaintiff shall file

27   and serve any reply to defendants' opposition no later than May 9, 2012.

28        Defendant's opposition should address all matters raised in plaintiff's motion, and in

1 | particular should show cause why the court should not remand the matter to the Superior

2 | Court for the County of San Francisco, for failure to serve a timely notice of removal with

3 | operative complaint attached (from which the court could ascertain subject matter

4 | jurisdiction), and/or for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2